**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br> JAMAIR C ATKINS <br><br> Debtor(s) | Case No. 16-33756 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/22/2016.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 03/22/2017.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Case 16-33756   Doc 37   Filed 06/05/17   Entered 06/05/17 15:16:35   Desc Main
                               Document      Page 2 of 4

**Receipts:**

    Total paid by or on behalf of the debtor     $660.00
    Less amount refunded to debtor     $0.00

**NET RECEIPTS:**     **$660.00**

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan     $254.64
    Court Costs     $0.00
    Trustee Expenses & Compensation     $30.36
    Other     $0.00

**TOTAL EXPENSES OF ADMINISTRATION:**     **$285.00**

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BEDFORD PARK POLICE DEPT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| BONHEUR REALTY SERVICES | Unsecured | 5,184.21 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH INC | Unsecured | 1,097.37 | 1,097.37 | 1,097.37 | 0.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,519.20 | 3,660.00 | 3,660.00 | 0.00 | 0.00 |
| CITY OF CHICAGO HEIGHTS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CITY OF OAK LAWN | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 653.10 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 385.64 | 874.04 | 874.04 | 0.00 | 0.00 |
| Country Club Hills Police Dept | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV LLC | Unsecured | 1,020.25 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE CORP | Secured | 16,425.00 | 28,744.83 | 28,394.00 | 375.00 | 0.00 |
| EXETER FINANCE CORP | Unsecured | 11,969.00 | NA | 350.83 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| FRONTIER COMMUNICATIONS | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| HORIZON FINANCIAL MANAGEMENT | Unsecured | 589.00 | NA | NA | 0.00 | 0.00 |
| HORIZON FINANCIAL MANAGEMENT | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,491.00 | NA | NA | 0.00 | 0.00 |
| LIVINGSTON FINANCIAL | Unsecured | 1,361.35 | NA | NA | 0.00 | 0.00 |
| Metlife Auto & Home | Unsecured | 714.10 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION SOLUTIONS | Unsecured | 407.00 | 406.55 | 406.55 | 0.00 | 0.00 |
| NEW AGE FURNITURE | Unsecured | 1,082.33 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | 1,115.99 | 1,115.99 | 0.00 | 0.00 |
| PITTSLEY REALTY | Unsecured | 5,732.00 | NA | NA | 0.00 | 0.00 |
| PLS CHECK CASHING | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE FINANCE HOLDINGS | Unsecured | 3,079.75 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE FINANCE HOLDINGS | Secured | 200.00 | 3,279.75 | 3,279.75 | 0.00 | 0.00 |
| RENT A CENTER | Secured | 166.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER USA | Unsecured | 1,182.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Unsecured | 499.00 | 499.00 | 499.00 | 0.00 | 0.00 |
| SENTRY CREDIT INC | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | NA | 25,536.30 | 25,536.30 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1,293.90 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| TRUGREEN PROCESSING CENTER | Unsecured | 67.95 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 9,887.00 | 9,920.12 | 9,920.12 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 14,742.00 | 14,784.47 | 14,784.47 | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORPORATION | Unsecured | 350.00 | 415.00 | 415.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $28,394.00 | $375.00 | $0.00 |
| All Other Secured | $3,279.75 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$31,673.75** | **$375.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$58,659.67** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $285.00 |
| Disbursements to Creditors | $375.00 |
| **TOTAL DISBURSEMENTS :** | **$660.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/05/2017                         By: /s/ Tom Vaughn
                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**